JS-6

Farah Tabibkhoei (SBN 266312)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Plaintiff General Electric Capital Corporation

NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MSI MODULAR SYSTEMS INSTALLATIONS, a California corporation; JORGE LOPEZ, an individual;<br><br>Defendant. | Case No.: CV-14-9873 RGK(JEMx)<br><br>[PROPOSED] JUDGMENT AS TO PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION'S FIRST AND SECOND CAUSES OF ACTION FOR BREACH OF CONTRACT AND [PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION FOR CLAIM AND DELIVERY<br><br>Date: October 13, 2015<br>Time: 9:00 a.m.<br>Courtroom 850 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# JUDGMENT AND ORDER

Having read Plaintiff General Electric Capital Corporation's ("GECC") Motion to Dismiss its third cause of action for claim and delivery and for entry of judgment on GECC's first and second causes of action for breach of contract, after full consideration of the motion, all papers and pleadings submitted in this matter, and good cause appearing therefore,

**IT IS ORDERED THAT:**

GECC's third cause of action for claim and delivery is hereby dismissed *with prejudice*. *GK*

**IT IS FURTHER ADJUDGED AND DECREED THAT** judgment is hereby entered in favor of General Electric Capital Corporation and against Defendants Jorge Lopez and MSI Modular Systems Installations, Inc., jointly and severally, in the amount of three hundred eighty thousand six hundred thirteen dollars and sixteen cents ($380,613.16), plus interest at the statutory rate per annum.

**IT IS SO ORDERED.**

DATED: 10/13/15

_____
Honorable R. Gary Klausner
United States District Court